### 14037.   McGee v. The State.

Broyles, C. J.  The evidence authorized the verdict; the alleged newly discovered evidence is cumulative and impeaching in its character; and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

Decided March 7, 1923.

Accusation of possession of liquor; from City court of La-Grange — Judge Duke Davis. October 11, 1922.

*Harry M. Breed,* for plaintiff in error.

*L. L. Meadors, solicitor,* contra.